In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00361-CV


____________________



D.R. BEELER and BEVERLY ANN BEELER, Appellants



V.



WILLIAM CRUSE FUQUA, Appellee






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 41569






MEMORANDUM OPINION


 D. R. Beeler and Beverly Ann Beeler filed notice of appeal but failed to file a brief.
On November 20, 2008, we notified the parties that the brief had not been filed and warned
that failure to file a brief could result in a dismissal for want of prosecution. On December
2, 2008, we notified the parties that the appeal would be submitted. See Tex. R. App. P. 39.8.
In the absence of a brief assigning error, we dismiss the appeal for want of prosecution. Tex.
R. App. P. 38.8(a)(1). The appellee's motion for attorney's fees is denied.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Submitted on December 23, 2008

Opinion Delivered January 15, 2009


Before McKeithen, C.J., Kreger and Horton, JJ.